# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN A. KNAPPENBURGER  
6465 JUNCTION ROAD  
DAVIS JUNCTION, IL  61020

SSN-xxx-xx-8288

Case Number: 05-77440

Case filed on: 10/15/2005  
Plan Confirmed on: 7/24/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $30,688.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | BRIAN A. KNAPPENBURGER | 0.00 | 0.00 | 1,000.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,000.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 126,564.24 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO ACCEPTANCE | 22,000.00 | 22,000.00 | 22,000.00 | 2,192.34 |
| 005 | CEFCU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 148,564.24 | 22,000.00 | 22,000.00 | 2,192.34 |
| 002 | WELLS FARGO ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LAWRENCE DORINI | 105,755.97 | 27,496.55 | 1,060.57 | 0.00 |
| 004 | GERALD KNAPPENBURGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JENNIFER KNAPPENBURGER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 105,755.97 | 27,496.55 | 1,060.57 | 0.00 |
|  | Grand Total: | 257,020.21 | 52,196.55 | 26,760.57 | 2,192.34 |

Total Paid Claimant:    $28,952.91  
Trustee Allowance:      $1,735.09  
Percent Paid Unsecured:    3.86

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan